

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable J. C. Roberts, Chief
Bureau of Records and Identification
Texas Prison System
Huntsville, Texas

Dear Sir:

Opinion No. 0-6177

Re: Procedure in case jailer refuses
to deliver properly sentenced
prisoner to Prison System Trans-
fer Agent.

We quote as follows from your letter:

"As Record Clerk of the Texas Prison System,
it is one of my duties to place all names and counties
of conviction of each prisoner on the 'pick-up' list
of the Prison System Transfer Agent. This is done
in order that he might call for them, in the event
they are not delivered by officers of the County of
Conviction, and transfer them to the State Peniten-
tiary at Huntsville.

"It has been brought to my attention, that on
several occasions, our Agent has called for prison-
ers, who had been convicted and sentenced, and the
jailer refused to release them to our Agent. What,
is the Status in the case of a prisoner who has been
convicted and sentenced, and copies of the Judgment
and Sentence mailed to the Penitentiary, and in a
case of this nature, what action should be taken?"

Article 767, C.C.P., defines a "sentence" as "the order
of the Court, made in the presence of the defendant, and entered
of record, pronouncing the judgment, and ordering the same to

Honorable J. C. Roberts, page 2

be carried into execution."

In the case of a felony, the final sentence is the act of the Court ordering that the convicted person be sent to the penitentiary. As an order of Court made in pursuance of law it must be obeyed by all persons to whom it is directed.

The jailer, of course, is a deputy to the sheriff, and as such is an officer of the Court pronouncing the sentence. He is bound by law to obey the lawful orders of Court. His refusal to do so, such as a refusal to deliver a prisoner sentenced to the penitentiary, is contemptuous, and as such could and should be brought to the attention of the sentencing Court for appropriate punishment. See Contempt, Sec. 12, 13 C. J. p. 9, and authorities cited.

Article 6166r makes clear the right and duty of the Texas Prison System through its authorized agents to demand and receive convicted and sentenced persons from the sheriffs of Texas. Any refusal on the part of the sheriff of a county, or his deputy, to surrender a convicted and sentenced prisoner should be brought immediately to the attention of the Court.

We further suggest that, in the event a sheriff or one of his deputies should refuse to deliver such a prisoner, the penitentiary agent should present his commitment papers to the Court and give information to the Court of such refusal. The Court, under such circumstances, would or should, of course, take immediate action to see that its orders are carried into immediate effect. In the event appropriate action should not be taken in any such instance, we suggest that all of the facts, including the official records, be forwarded to this office in order that we may, on behalf of the State, take appropriate action.

Very truly yours,

ATTORNEY GENERAL OF TEXAS

By *Elbert Hooper*

Elbert Hooper
Assistant

APPROVED SEP 21 1944

*Grover Sellers*

ATTORNEY GENERAL OF TEXAS

EH/JCP

APPROVED
OPINION
COMMITTEE
BY *BWB*
CHAIRMAN